[No. 16437–6–I.   Division One.   July 28, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN
ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 84–1–00285–1, Byron L. Swedberg, J.,
entered April 16, 1985. *Dismissed* by unpublished per
curiam opinion.

[No. 16545–3–I.   Division One.   July 28, 1986.]

LEE V. DARBOUS, *Appellant*, v. NOBIE CHAN,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 79–2–08032–2, Rosselle Pekelis, J., entered
May 14, 1985. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 14585–1–I.   Division One.   July 28, 1986.]

*In the Matter of the Guardianship of*
VICTOR P. FLEISCHMAN.

BETTY JUNE SINCLAIR, *Appellant*, v. RICHARD V.
FLEISCHMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 83–4–50491–8, Frank D. Howard, J., entered
March 13, 1984. *Affirmed* by unpublished opinion per
Utter, J. Pro Tem., concurred in by Cole and Schumacher,
JJ. Pro Tem.